**E-FILED**
Wednesday, 11 July, 2018  10:11:53 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

## Central District of Illinois

| | |
|---|---|
| Vanoka Washington | ) |
| *Plaintiff* | ) |
| v. | ) |
| Stephan Ryan, et al. | ) |
| *Defendant* | ) |

Case No.   3:18-cv-03099-CSB

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tyler Dralle, Corey Cortes, and Keenan Smith                                                                    .

Date:     07/11/2018

s/Megan Murphy
*Attorney's signature*

Megan E. Murphy #6300395
*Printed name and bar number*

Office of the Illinois Attorney General
1776 E. Washington St.
Urbana, IL 61802

*Address*

mmurphy@atg.state.il.us
*E-mail address*

(217) 278-3362
*Telephone number*

(217) 278-3370
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Vanoka Washington | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:18-cv-03099-CSB |
| Stephan Ryan, et al. | ) | |
| *Defendant* | ) | |

CERTIFICATE OF SERVICE

I certify that on _07/11/2018_____, I electronically filed the foregoing with the Clerk of the

Court using the CMECF system which will send notification of such filing to the following:

_____,

and I certify that I have mailed by the United States Postal Service the document to the following

non CMECF participants:

_Vanoka Washington, 515 Batavia Street, Aurora, IL 60506_____.

| |
|---|
| s/Megan Murphy |
| *Attorney's signature* |
| |
| Megan E. Murphy #6300395 |
| *Printed name and bar number* |
| |
| Office of the Illinois Attorney General |
| 1776 E. Washington St. |
| Urbana, IL 61802 |
| *Address* |
| |
| mmurphy@atg.state.il.us |
| *E-mail address* |
| |
| (217) 278-3362 |
| *Telephone number* |
| |
| (217) 278-3370 |
| *Fax number* |