IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Vanoka Washington, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 18-cv-3099 ) ) |
| Stephen Ryan, et al., | ) ) |
| Defendants. | ) ) |

### DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendants, Jamie Berghaus, Andrew Manton, Steven Ryan, Tyler Dralle, Corey Cortes, and Keenan Smith, by and through their attorney Lisa Madigan, Attorney General for the State of Illinois, and pursuant to the Merit Review Order, provide the following Answer and Affirmative Defenses to Plaintiff's Complaint (d/e #1):

### STATEMENT OF CLAIMS[1]

1. The court finds that the plaintiff states an Eighth Amendment claim for excessive force against Defendants Ryan and Cortes,

    **Answer: Defendants deny that they violated the Eighth Amendment and deny any wrongdoing whatsoever.**

2. A First Amendment retaliation claim against Ryan and Berghaus,

    **Answer: Defendants deny that they violated the First Amendment and deny any wrongdoing whatsoever.**

3. And an Eighth Amendment claim for deliberate indifference to a serious medical need against Defendants Ryan, Cortes, Smith, Draile, Manton, and Berghaus.

---

[1] Defendants respond to the claims enumerated in the Court's Merit Review Order, docket entry #10.

**Answer: Defendants deny that they violated the Eighth Amendment and deny any wrongdoing whatsoever.**

### RELIEF REQUESTED

Defendants deny that Plaintiff is entitled to any relief whatsoever.

### JURY DEMAND

Defendants demand a trial by jury.

### AFFIRMATIVE DEFENSES

1. **Qualified Immunity**

At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating the Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

2. **Failure to Exhaust Administrative Remedies**

To the extent Plaintiff has failed to exhaust his administrative remedies prior to initiating this action, his claims are barred by 42 U.S.C. 1997e(a).

LISA MADIGAN,
Illinois Attorney General

Respectfully Submitted,

By: s/ Megan E. Murphy
Megan E. Murphy
Assistant Attorney General
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Phone: (217) 278-3362
Fax: (217) 278-3370
Email: mmurphy@atg.state.il.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2018, I electronically filed the foregoing *Defendants' Answer and Affirmative Defenses to Plaintiff's Complaint*, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

N/A

and I hereby certify that on that same date, I caused to be mailed by United States Postal Service, a copy of the foregoing document to the following non-registered participant:

Vanoka Washington
515 Batavia Street
Aurora, IL 60506

                                         Respectfully submitted,

                                         By:  s/ Megan E. Murphy
                                         Megan E. Murphy
                                         Assistant Attorney General
                                         Office of the Illinois Attorney General
                                         1776 East Washington Street
                                         Urbana, Illinois 61802
                                         Phone: (217) 278-3362
                                         Fax: (217) 278-3370
                                         Email: mmurphy@atg.state.il.us