United States District Court
Central District of Illinois

Vanoka Washington
  Plaintiff

v.                              Case No. 18-cv-03099

Steven P. Ryan et al
  Defendants

FILED
OCT 24 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA ILLINOIS

Motion Requesting Extension of Time

Now comes plaintiff Vanoka Washington pro se, in conjunction with U.S.C.S. Federal Rule of Civil Procedure 6.1 requesting this court grant plaintiff 30 day extension of time to prepare an answer to the defendants request for Summary Judgement based on the following proofs:

1. Plaintiff on 10-9-18 was arrested by the Aurora Police Department and detained in the Kane County Jail on a Violation of Order of Protection charge warrant for Disorderly Conduct currently on a Parole Hold awaiting Prisoner Review Board orders at scheduled 11-6-18 hearing here at the Kane County Jail.

2. Plaintiff's current mailing address has changed from 575 Batavia Street Aurora IL 60506 to 37 W 755 Route 38 Suite B St Charles IL 60175

3. Plaintiff has not received from the defendants the court ordered, electronically stored audio/visual surveillance camera footage; relevant incident reports, medical reports, disciplinary history reports, names and working addresses of John/Jane Doe Tactical Unit officers, John/Jane

Doe nurse or nurses.

(4) Plaintiff has not received from the defendants an answer to plaintiff's interrogatories.

The plaintiff under the current circumstances as a pro se litigant is ill prepared to effectively answer the defendants motions for summary judgement and humbly request this court grant plaintiff an extension of no less than 30 days in which to prepare and provide the defense their answer.

| | |
|---|---|
| Vanoka Washington | Lisa Madigan - Megan |
| 37 W 755 Route 38 Suite B | Murphy |
| St Charles IL 60175 | 1776 E Washington St |
| | Urbana IL 61802 |
| | Office of Attorney General |

Declaration

I Vanoka Washington declare under penalty of perjury in accordance with 28 U.S.C section 1746 that the aforementioned statements are true and accurate to the best of my personal knowledge and information.

Vanoka Jave Washington    10/22/18
Vanoka Jave Washington    10/22/18
37 W 755 Rte. 38 Suite B
St. Charles IL 60175