To: Clerk, U.S District Court - Central District
From: Vanoka Washington  18-cv-03099

I am writing to inform you that I am "no longer" at the Kane County Adult Justice Center 37 W 755 Rt 38 Suite 2 St. Charles IL 60175 address.

On 12/15/18 I was transferred to I.DOC Stateville NRC where I am currently. So please forward any/all recent and future mail to me at:

Vanoka Washington #B51616
I.D.O.C Stateville NRC
P.O Box 112
Joliet Illinois 60434     ← (Plaintiff's Current Address)

Also, can you send to me a complete copy of my case file 18-cv-03099 Washington v Ryan et al, including the original complaint, judges scheduling order, any/all motions, answers/responses to motions, filed by the plaintiff and defendants and judges final ruling on those motions, specifically, defendants partial summary judgement motion; plaintiff's answer and courts ruling.

Thank you
Vanoka Washington
12/16/18