E-FILED
Thursday, 02 July, 2020  08:37:26 AM
Clerk, U.S. District Court, ILCD

To: The Clerk of the Circuit Court Central District Illinois

From: Vanoka J Washington   18-CU-0399

I am writing this letter to update you on my current address and telephone number. My address is 1817 Edgelawn Ct. Aurora Illinois 60506. My cell phone number is 331-220-4682 or secondary cell phone number 331-220-3258. Thank you

**FILED**

18-3099

JUL 01 2020

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS