To: The Circuit Court of the Illinois Central Dist.
From: Vanoka Washington #18-CV-0399

I am writing this letter to inform you of my current change of address. My new mailing address is P.O Box 8348
Aurora IL 60507
Please forward any/all mail correspondence to the P.O Box address given above. Thank you

11/16/20

FILED
18-3099
NOV 18 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Vanosha Washington
P.O Box 8348
Aurora IL 60507



S SUBURBAN IL 604
16 NOV 2020 PM 7

Circuit Court Central District
Clerk's Office
201 S Vine Street
Urbana IL 61802

61802-331799