In The United States District Court For The Central District Of Illinois Springfield Division

Vanoka Washington
　　Plaintiff

v.                          Case No. 18-CV-3099

Steven Ryan et al           Judge Colin Sterling Bruce
　　Defendants

FILED
DEC 2 - 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Motion To Enter In As Evidence

Now comes the plaintiff Vanoka Washington, pro se, pursuant to Rule 71, Federal Rule of Civil Procedure 71 requests this Court enter in as evidence, in support of plaintiff's claims of First Amendment "Retaliation" rights violation(s), the sworn affidavit(s)/Declaration(s)/testimonies statements/documents of WICC grievance officer Tarq Goins and any/all sworn affidavits/Declarations/testimonies/statements/documents/exhibits entered into evidence in these proceedings by the plaintiff as part of plaintiff's Discovery in support of plaintiff's claims of First Amendment "Retaliation" for exercising his First Amendment right to file grievances. Woods v O'brien 78 F Supp. 221.

Respectfully Submitted
Vanoka Washington
P.O Box 8348
Aurora IL, 60507