Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **VANOKA WASHINGTON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case Number: 18-3099 |
| | ) |
| **STEVEN RYAN, COREY CORTES, KEENAN SMITH, TYLER DRALLE, ANDREW MANTON, and JAMIE BERGHAUS,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff, Vanoka Washington's, action against Defendants Steve Ryan, Corey Cortes, Keenan Smith, Tyler Dralle, Andrew Manton, and Jamie Berghuas, is dismissed; Plaintiff shall recover nothing on his claims against each of the named Defendants.

**Dated: 8/2/2021**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court